UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK RAMONE BURROUGHS,

                Plaintiff,

-against-

BANK OF AMERICA, N.A., et al.,

                Defendants.

25-CV-3127 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court's Standing Order, "In the Matter of Pro Se Litigation," provides that "all pro se litigants shall file their papers with the Pro Se [Intake Unit] of this Court." M10-468 (Oct. 31, 1996). In addition, the Individual Practices of the undersigned include the following directions:

> Pro se parties are directed to submit all filings and communications addressed to Judge Swain, whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.

Individual Practices of Chief Judge Laura Taylor Swain.

    On May 16, 2025, Plaintiff's complaint was dismissed for his failure to comply with the Court's order directing him to prepay the $405.00 in filing fees or submit an application to proceed *in forma pauperis* (IFP).[1] On May 19, 2025, Plaintiff repeatedly emailed directly to the chambers of the undersigned. If Plaintiff wishes to seek reconsideration of the order of dismissal, or make any other submission to the Court, he must submit such documents directly to the Pro Se

---

[1] Plaintiff indicated that he disagreed with the order directing him to pay the fee or submit an IFP application. (ECF 8 at 1.)

Intake Unit. Submissions by email directly to the chambers of the undersigned will be disregarded.

## CONCLUSION

Submissions to the court from pro se litigants must be made to the Pro Se Intake Unit. Submissions directly to the chambers of the undersigned will be disregarded.

SO ORDERED.

Dated:   May 19, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge